Kaseen Colebut
No.: 223884
59 Hartford Road
Brooklyn, CT 06234

**FILED**

Certified Mail/Return Receipt Request No.: 7001 2510 0001 3250 8669

2003 NOV -3 P 5: 10

US DISTRICT COURT
BRIDGEPORT CT

October 23, 2003

NOV - 3 2003

Office of Clerk
United States District Court
District of Connecticut
Brien McMahon Federal Building
Bridgeport, CT 06604

    Re:    Kaseen Colebut v. Edward Pesanti, et al.
           Case No.: 3:02-cv-535 (JCH)/Docket No.: 11

Dear Sir or Madam:

    Regarding the above-referenced matter, I am submitting the following for filing and processing:

    1)    Proof of Service dated October 21, 2003
    2)    Motion to Reopen, dated October 11, 2003 – Case No.: 3:02-cv-535 (JCH)/Docket No. 11, and
    3)    Complaint re Kaseen Colebut v. Edward Pesanti, Cheryl Malcolm, Denise Sullivan and Norma Goodhue, dated October 11, 2003.

    Please be advised that I have delivered copies of the Motion to Reopen and Complaint to all of the above-referenced Defendants via the services of a State Marshal, in accordance with Rule 4 of the Federal Rules of Civil Procedure to the Office of the Attorney General, pursuant to C.G.S. Sec. 52-64 (**Service in action against the state**).

    Also be advised that I have taken this course of service (Office of the Attorney General) because of my incarceration at Brooklyn CI, and because of my previous unsuccessful attempts via Certified Mail/Return Receipt Requested mailings that were not accepted by the Court as proof of effective service.

    I thank you for your assistance in this matter.

                                  Sincerely,

                                  Kaseen Colebut

Enclosures: as stated

Kaseen Colebut
No.: 223884
59 Hartford Road
Brooklyn, CT 06234

October 14, 2003

The Honorable Richard Blumenthal
State of Connecticut
Attorney General
55 Elm Street
Hartford, CT 06141-0120

Re: **Kaseen Colebut v. Edward Pesanti, Cheryl Malcolm, R.N., Denise Sullivan, U.R.N.C., and Norma Goodhue U.R.N.C. Case No.: 3:02-cv-535 (JCH)/Docket No.: 11**

Dear Attorney Blumenthal:

In accordance with Connecticut General Statutes Sec. 52-64 - **Service in action against state**, enclosed are copies of the Motion to Re-Open and the Notice of Lawsuit for each of the above-referenced individuals.

Please be advised that because I am incarcerated at the Brooklyn Correctional Institution, I previously served the defendants via certified mail/return receipt requested on two (2) separate occasions. Unfortunately my last attempt this past June was unsuccessful, despite that fact that I have on file the retuned green cards indicating each defendant was in receipt of the lawsuit documentation along with the request for a fee waiver. However, this has not been accepted by the Court as proof of effective service, and for a second time, my lawsuit has been stymied.

Therefore, I am officially serving this lawsuit to the defendants at your office via a state marshal, as the above-mentioned defendants are employees, agents and/or servants of the state as described in C. G. S. Sec. 52-64.

I thank you in advance for your attention to this matter.

Respectfully,

*Kaseen Colebut*

Kaseen Colebut

Enclosure: as stated