FILED

2003 NOV -3 P 5:10

US DISTRICT COURT
BRIDGEPORT CT

STATE OF CONNECTICUT )
                     ) ss: Hartford   10/21/2003
COUNTY OF HARTFORD   )

Then and by virtue hereof and by direction of the plaintiff's ~~attorney,~~ I made due and legal service upon the within named defendants *Edward Pesanti, M.D., Cheryl Malcolm, R.N., Denise* ~~defendant corporation~~ *Sullivan, U.R.N.C. and Norma Goodhue, U.R.N.C. by leaving four true and attested copies* ~~by leaving a true and attested copy~~ of the within original ~~writ,~~ *motion, certifications, complaint and letter at the office of* ~~summons and complaint with and in the hands of~~ *the Attorney General,* who is duly authorized to accept service for the within named defendants ~~corporation~~ *in the said town of Hartford.*

And afterwards on            day of              19   , I left a like true and attested copy of the within original writ, summons and complaint with and in the hands of at the usual place of abode of the within named defendant                              , in the said town of

The within is the original ~~writ, summons and complaint with~~ *motion, certifications, complaint and letter with* my doings hereon endorsed.

ATTEST:

Fees:
Copies    $ 32.00
End         6.80
Service    60.00
Travel: 4 Miles  1.44
        $100.24

*Joseph A. Homelson*
~~Deputy Sheriff for Hartford County~~
Joseph A. Homelson
State Marshal