```
1  Kaseen Colebut, Pro Se
   Kaseen Colebut
2  223884-C-Dorm
   59 Hartford Road
3  Brooklyn, CT  06234
```

**FILED**

2003 NOV -3  P 5: 10

US DISTRICT COURT
BRIDGEPORT CT

KASEEN COLEBUT,                    )
                                  ) Prisoner Case No.: 3:02-cv-535 (JCH)
      Plaintiff,                   )
                                  ) [Docket No.11]
      vs.                          )
                                  ) MOTION TO REOPEN
EDWARD PESANTI,                    )
                                  )
CHERYL MALCOLM,                    )
                                  )
DENISE SULLIVAN,                   )
                                  )
NORMA GOODHUE,

      Defendants

      The undersigned respectfully requests that the judgment in the above-named case be opened for the following reason(s):

      I am incarcerated at the Brooklyn Correctional Institution and my previous attempts to effect service on the defendants via Certified Mail/Return Receipt Requested Mail have not been accepted by the Court as proper service. This is despite the fact that I have on file, the returned green cards from each Defendant during my last attempt on or about June 23, 2003.

      Therefore, I will attempt to effect service by having the complaint serviced to the Defendants at the Attorney General's Office in accordance

MOTION TO REOPEN - 1

with C.G. S. Sec. 52-64 (**Service in action against the state.**)

THEFORE, it is respectfully requested that the Motion to Re-opened be granted.

                Dated this 11TH day of October, 2003

                Kaseen Colebut
                223884-C-Dorm
                59 Hartford Road
                Brooklyn, CT  06234
                Kaseen Colebut, Pro Se

    I certify that a copy of the above was mailed/delivered to all Defendants listed below c/o the State of Connecticut, Office of the Attorney General, 55 Elm Street  Hartford, CT  06141-0120 on:

_____

**Edward Pesanti, M.D., Cheryl Malcolm, R.N., Denise Sullivan, U.R.N.C., and Norma Goodhue, U.R.N.C.**

_____  Date: 10/11/03
Kaseen Colebut, Plaintiff

State of Connecticut )
                    )SS: Brooklyn
County of Windham    )

    On this 11TH day of October 2003, before me, personally appeared **Kaseen Colebut**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and seal.

_____ Notary Public    My Commission Expires: 5/31/06
LAURA LILLIAN DICKERSON